UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAMION TOBIAS BRYANT,
     Plaintiff,

vs.                          Case No.:  3:22cv5753/MCR/ZCB

ESCAMBIA COUNTY
and STATE OF FLORIDA,
     Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 14, 2022.  (Doc. 11).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this order.

1

2.      Plaintiff's Second Amended Complaint (Doc. 10) is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

3.      All pending motions are deemed moot.

4.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 14th day of November 2023.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

2